# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| In re: Teflon Products Liability Litigation | MDL No. 1733 |
| This Document Relates to All Actions | 4:06-md-01733-REL-CFB |
| | |

## Stipulation of Dismissal of All Actions With Prejudice and ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 41(a)(2), the parties hereby stipulate to dismiss with prejudice all actions listed in Schedule A, including all claims and counterclaims, each party to bear its own expenses, costs and fees.

Respectfully submitted this 1st day of May, 2009.

/s/ Steve I. Silverman (w/ permission)
Alan J. Kluger, Esq.
Steve I. Silverman, Esq.
**KLUGER PERETZ KAPLAN & BERLIN PL**
201 South Biscayne Boulevard, 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
ssilverman@kpkb.com

On behalf of all plaintiffs and counsel
  in the listed actions

/s/ Adam L. Hoeflich
Adam L. Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
adam.hoeflich@bartlit-beck.com

On behalf of E.I. du Pont de Nemours and
  Company

## Order of Dismissal

As stipulated by the parties, all actions, including all claims and counterclaims, listed in Schedule A are hereby dismissed with prejudice, each party to bear its own expenses, costs and fees.

Dated this first day of May, 2009.

RONALD E. LONGSTAFF, Senior Judge
United States District Court

## SCHEDULE A

MDL – 1733 – In re Teflon Products Liability Litigation

<u>Southern District of Iowa</u>

*Janet R. Luett, et al., v. E.I. DuPont De Nemours & Co.,* 4:05-cv-00422-REL-CFB

<u>Southern District of Iowa</u>

*Andrew Wade Lampman v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00210-REL-CFB

<u>District of Colorado</u>

*Susan R. Yoshioka, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00090-REL-CFB <u>Northern</u>

<u>District of Illinois</u>

*Paula Bardwell, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00097-REL-CFB

<u>District of Massachusetts</u>

*Ronna Casper, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00098-REL-CFB

<u>Eastern District of Missouri</u>

*Heath Hutchison, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00099-REL-CFB <u>Southern</u>

<u>District of New York</u>

*Jeannie Triolo, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00100-REL-CFB <u>Northern</u>

<u>District of Ohio</u>

*Susan E. Schnur, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00101-REL-CFB

<u>Eastern District of Pennsylvania</u>

*Kathleen Margay, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00102-REL-CFB

<u>Central District of California</u>

*Lisa Howe, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00115-REL-CFB <u>Southern</u>

<u>District of Florida</u>

*Natalie Belmonte, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00116-REL-CFB

District of South Carolina

*Claire R. Brown, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00117-REL-CFB Southern District of Texas

*Jerry Syntych, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00129-REL-CFB Eastern District of Michigan

*Constance A. Webb v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00157-REL-CFB District of New Jersey

*Joseph O'Donoghue, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00194-REL-CFB District of Connecticut

*Thomas Clark, et al. v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00276-REL-CFB

Southern District of West Virginia

*Bonnie Lou Newsome v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00347-REL-CFB

District of Columbia

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00359-REL-CFB

District of Delaware

*Harrell E. Brannan, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00360-REL-CFB

Eastern District of Kentucky

*Deborah Brett Johnson v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00396-REL-CFB Southern District of Indiana

*Eric Munson, et al. v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00559-REL-CFB

Western District of Oklahoma

*Barbara Rollins v. E.I. DuPont De Nemours & Co.*, 4:07-cv-00238-REL-CFB