A CERTIFIED TRUE COPY
ATTEST
By Tanisha Spinner on May 15, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 15, 2009**

FILED
CLERK'S OFFICE

**IN RE: TEFLON PRODUCTS**
**LIABILITY LITIGATION**                                                    MDL No. 1733

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL REMAND ORDER**

     A conditional remand order was filed in the actions on the attached schedule on April 17, 2009. In the absence of any known opposition, the conditional remand order was finalized with respect to these actions on May 5, 2009. The Panel has now been advised that, pursuant to a joint stipulation of dismissal, these actions were dismissed with prejudice in the Southern District of Iowa on May 1, 2009, by the Honorable Ronald E. Longstaff in an order filed on May 1, 2009.

     IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on April 17, 2009, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TEFLON PRODUCTS**
**LIABILITY LITIGATION**                                                                                           MDL No. 1733

### SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| IAS | 4 | 06-115 | CAC | 2 | 05-5488 | Lisa Howe, et al. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-90 | CO | 1 | 05-1440 | Susan R. Yoshioka, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-276 | CT | 3 | 06-407 | Thomas Clark v. E.I. Dupont De Nemours & Co. |
| IAS | 4 | 06-359 | DC | 1 | 06-784 | Nathan Nahikian v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-360 | DE | 1 | 06-321 | Harrell E. Brannan, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-116 | FLS | 1 | 05-21921 | Natalie Belmonte, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-97 | ILN | 1 | 05-4168 | Sheldon B. Lyke, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-559 | INS | 4 | 06-116 | Eric Munson, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-396 | KYE | 2 | 06-106 | Deborah Brett Johnson v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-98 | MA | 1 | 05-11618 | Judy Levin v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-157 | MIE | 2 | 05-72923 | Constance A. Webb v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-99 | MOE | 4 | 05-1234 | Heath Hutchison, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-194 | NJ | 1 | 05-5274 | Stephen A. Shaffer, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-100 | NYS | 1 | 05-6749 | Rosemarie Compitello, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-101 | OHN | 1 | 05-1818 | Susan E. Schnur, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 07-238 | OKW | 5 | 07-117 | Barbara Rollins v. E.L. DuPont De Nemours & Co. |
| IAS | 4 | 06-102 | PAE | 2 | 05-4049 | Kathleen Margay, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-117 | SC | 7 | 05-2438 | Melissa Lee Urch, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-129 | TXS | 4 | 05-2530 | Jerry Syntych, et al. v. E.I. DuPont De Nemours & Co. |
| IAS | 4 | 06-347 | WVS | 3 | 06-344 | Bonnie Lou Newsome v. E.I. DuPont Nemours & Co. |